**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1274

VALARIE PRICE,

Plaintiff - Appellant,

versus

FIRST STAR MORTGAGE, a/k/a US Bank; ANTHONY J.
CORCINI, Secretary Department of Veterans
Affairs; SAMUEL I. WHITE,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Rebecca Beach Smith, District
Judge. (CA-03-568-2)

Submitted: September 29, 2004        Decided: October 12, 2004

Before WILKINSON, GREGORY, and DUNCAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Valarie Price, Appellant Pro Se. Jonathan L. Hauser, TROUTMAN
SANDERS, LLP, Virginia Beach, Virginia, George Maralan Kelley, III,
Assistant United States Attorney, Norfolk, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Valarie Price seeks to appeal the district court's order dismissing her claim against the Secretary of the Department of Veterans Affairs for want of subject matter jurisdiction. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Price seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

- 2 -